# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

JOHN T. MORROW,                  :

    Plaintiff,                :

vs.                              :        CA 16-0224-C

NANCY A. BERRYHILL,              :
Acting Commissioner of Social Security,
                                                           :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 14th day of March, 2017.

                                        s/WILLIAM E. CASSADY
                                      **UNITED STATES MAGISTRATE JUDGE**